UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-22-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | ORDER |
| GARY AMERSON | ) | |

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that the division of the above-captioned case be changed to reflect the EASTERN DIVISION.

SO ORDERED, this 11 day of February, 2011.

                                           _____
                                           United States District Court Judge